UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ADERHOLT, | No. 2:23-cv-0289 DJC DB PS |
| Plaintiff, | |
| v. | ORDER |
| ANN EDWARDS, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 6, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filling objections has expired, and Plaintiff has not filed any objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. In addition, the Court has reviewed the Magistrate Judge's May 5, 2023 Order (ECF No. 7) which the Court finds is also supported by the record and the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2023 (ECF No. 8) are adopted in full; and

2. This action is dismissed without prejudice. *See* Local Rule 110; FED. R. CIV. P. 41(b).

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 8, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/aderholt0289.jo

2